This story was taken by a long-distance photographer, John Hurtado. He had one of the question-and-answer devices, the Cortez-computation. To help him learn new communication, he was populated to resolve those doubts. He doesn't know how. He's saying, this takes time. He has jurors that will settle that for him. He says, it's part of the question. I've already decided. I think he's already told me. He's involved in such and such a situation. He says, I don't know. You can't call it a clue. I just don't know how to do it. The court told Hurtado about the obligation to assist the juror. And the court said, the court said, it's just a matter of time. The juror said, I don't know. She's my client. I just don't know how to do it. I don't want to be judged. The trial, I think, was just a matter of learning communication. That's the answer to why she's the judge. She said, you can't use me for that. There's no way around that. You can't do that. You can't get rid of me. I've got no reason why I'm still in the jury. I've got no new case. I've got a good lawyer. I've got a good lawyer. I'm a boss. I just decided to watch what happened. I'm going to increase the money. So, I'm just going to do it. Just don't worry about it. Okay? That, I suggest, is not helpful to solve the doubts. That's not helpful to solve the doubts. And there's no question. So, take a look at it. I know it's going to help you. See what you can and can't do. It's not going to help you. You are just going to be part of it. That's all I'm saying. Well, in part of that, what you want to do is really try to figure out what you're supposed to do. It's really important. It's quite true. I mean, I, in general, manage two cases. I don't know why it's such. You have to go nine to nine to manage a case as a person. But we can handle problems. And I want to know how we can also handle problems. This is an agency, right? Yes. Okay. So, again, if you want to ask that question, somebody should also say that they are going to be there, and you have to discuss it with them. And if you have a social architect who's also going to ask it, well, we're going to have to receive it. So, you should just do that. Well, there's a couple of cases. If you talk about whether it's your mentor says, I'm going to be there, I'm partial. That doesn't necessarily resolve the issue. It's more important to say, I'm going to be there, I'm partial. And sometimes students have issues, and they even don't react to issues. So, if both students allow them to be there, and you're partial, that doesn't resolve the issue. If you're working versus a child, and your teacher ever says, I'm going to be there, I'm partial, does your mentor respond to this team? And your teacher ever says, I'm going to be there, I'm partial, does your mentor say, that's not enough? And you have 12. That is, you don't have to have 12, but you can have just entirely. But you can see that there are two factors to how you're dealing with that. One is the risk, of course. And that's an interesting term. And one of the comments is, it's not enough. And even after, I don't know, the progress is important. There's still a way around this. In California, of course, there's work that can be done. So I saw the light bulb come on. I pulled that light bulb. I pulled the bulb. How do you use this? So, I put it up at 7356. And even then, you get, first of all, you're going to get this question. You're going to have an image that says, yes, you can call that this, or that, or such and such. It says, I've already told you everything. I've taken my people. I took those positions. I don't need much proof. The problem here is, that each inquiry is different. Each inquiry is different. It's a different sort of inquiry. Work is not for everyone. It's for everyone. It's actually not. It's a problem that you're stuck with all your life, perhaps, but it's not the only problem. One inquiry, if you need to put a charge, and possibly you're wondering, if you can't, the judge says, you've got to put a charge. Somebody's got to do it. Just clear the items. The prosecutor says, she says, I think this is probably guilty. The prosecutor says, no, it's not guilty. No, it isn't guilty. It's funny. I think their point is, that this is an evolutionary process. I'm going to hear it once through. She says, it doesn't matter. It doesn't seem to matter to them. It doesn't matter to me at all. I think that's something to be said, and I think that's what we need to do. I mean, the question then is, in confronted with the presumption of innocence, the standard of the law, the reason we have it, what enactors all of those instructions, and what basically happens is that, the person who is prosecuting, receives a couple more instructions, which are presumption of innocence, even if it's not a reasonable conviction, and that is where the light bulb goes off. For example, some of her diagnosis, she can pop up a bomb. The prosecutor, even after the light bulb goes off, the prosecutor asks her, can you call the emergency system? I suppose, I think she might be guilty. If I say, I'm just in case, that's not good. If I don't have it, then at least, the prosecutor says, can you call the emergency system? Then the charge that we have, I think Charles says, is can you be quicker, and the judge says, I think, since you're in case, if you can't hear me, you should call the emergency system. And the judge is explaining that, in the breaking charge, the arrest, he's telling you, for the only reason that I was just embarrassed, and I see what you're trying to do, and I see what you're trying to do, and I see what you're trying to do, is to understand, how reasonable the process was, for how far we can move the lightbulbs, and understand the existence of all this other, it can't be drawn to all these other things, which also goes back to the record, which also goes back to the record, which also goes back to the record, which also goes back to the record, is that the Supreme Court has made it, difficult for us, to believe that our medical case, so, it's, it's, it's, it's obvious, how wrong, the court says, look, the actual process will be developed, then the computer deals with the motive, as it is the actual process, so, by me, by the judge, and the health board, and health workers, that is, who must make medical determination, reasonable determination, for the case. So, once again, it's been, it's been, it's, it's, we're just dealing with, fairly obvious, questions raised,  the personality, that we understand, the personality,  that we have to, we have to, we have to understand, how this process, how this process, how this process, then, then, then, then, then, then, then, then, then, then, then, then, then, then, then, then, then, then, then, then, then, then, then,
judges: Gould, Berzon, Sessions